UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AYODEJI OSHIKOYA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>LEIDOS HEALTH, LLC,<br><br>   Defendant. | Case No. 1:17-cv-03237 |

**LOCAL RULE 16.2 STATEMENT OF**
**DEFENDANT LEIDOS HEALTH, LLC**

Defendant Leidos Health, LLC ("Leidos Health"), by counsel, submits the following position statement pursuant to Local Rule 16.2 and states:

1. The above matter was recently transferred from the Eastern District of Virginia.

2. There are no pending motions that require ruling by the Court.

3. Counsel for Leidos Health is in the process of preparing a draft Case Management Plan for discussion with opposing counsel and submission to the Court no fewer than seven days before the telephonic Initial Pretrial Conference scheduled for November 6, 2017.

4. No further action is required of the Court prior to the Initial Pretrial Conference.

Dated: October 6, 2017                Respectfully submitted,

                                       s/Christopher C. Murray_____
                                       Christopher C. Murray
                                       Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                       111 Monument Circle, Suite 4600
                                       Indianapolis, IN 46204
                                       T: (317) 916-2522
                                       christopher.murray@ogletree.com

                                       *Attorney for Defendant Leidos Health, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court' system.

I further certify that on October 6, 2017, a copy of the foregoing was mailed, by first-class, U.S. Mail, postage prepaid and properly addressed to the following:

Kristi C. Kelly, VSB No. 72791
Andrew J. Guzzo, VSB No. 82170
KELLY & CRANDALL PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Tel:  (703) 424-7572
Fax:  (703) 591-0167
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com

Harold Lichten (Mass. BBO #549689)
Olena Savytska (Mass. BBO #693324)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel:  (617) 994-5800
Fax:  (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

Jeffrey A. Macey
MACEY SWANSON LLP
445 N. Pennsylvania St., Suite 401
Indianapolis, IN 46204

Sarah R. Schalman-Bergan (PA 206211)
Eric Lechtzin (PA 62096)
Camille Fundora (PA 312533)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
sschalman-bergen@bm.net
elechtzin@bm.net
cfundora@bm.net

David M. Blanchard
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Tel:  (734) 929-4313
blanchard@bwlawonline.com

 /s/ Christopher C. Murray
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076

31482216.1