UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AYODEJI OSHIKOYA, individually and on behalf of all persons similarly situated, | : : : : |
| Plaintiffs, | Case No. 1:17-cv-03237-RLY-DML |
| v. | : : : |
| LEIDOS HEALTH, LLC, | : : |
| Defendant. | : : : |

## PLAINTIFF'S LOCAL RULE 16.2 STATEMENT

Plaintiff Ayodeji Oshikoya, through his counsel, submits the following positon statement

Pursuant to Local Rule 16.2 and states:

1. The above-captioned matter was transferred to this court from the Eastern District of Virginia.
2. At this time, Plaintiff's counsel are preparing a motion for conditional certification for submission to the court. The parties are also discussing the possibility of alternative dispute resolution.
3. The parties will present a case management statement and/or a stipulation for alternative dispute resolution to the court prior to the November 6th Initial Status Conference.
4. No further action is required by the court at this time.


Dated:  October 17, 2017

Respectfully submitted,
/s/ Jeffrey A. Macey
Jeffrey A. Macey
MACEY SWANSON LLP
445 N. Pennsylvania St., Suite 401
Indianapolis, IN 46204
(317) 637-2345
jmacey@maceylaw.com

1

David M. Blanchard*
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: 734.929.4313
blanchard@bwlawonline.com

Sarah R. Schalman-Bergen (PA 206211)*
Eric Lechtzin (PA 62096)*
Camille Fundora (PA 312533)*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
sschalman-bergen@bm.net
elechtzin@bm.net
cfundora@bm.net

Harold Lichten (Mass. BBO # 549689)*
Olena Savytska (Mass. BBO # 693324)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

*Attorneys for Plaintiff
and the Proposed Classes*

*Application for admission to be filed

**CERTIFICATE OF SERVICE**

   I hereby certify that, on October 17, 2017, a copy of this document was served by electronic filing, which will provide notice to all counsel of record.

                /s/ Jeffrey A. Macey
                Jeffrey A. Macey, IN #28378-49

Jeffrey A. Macey
MACEY SWANSON LLP
445 N. Pennsylvania St., Suite 401
Indianapolis, IN 46204
(317) 637-2345
jmacey@maceylaw.com