**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| AYODEJI OSHIKOYA, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>  v.<br><br>LEIDOS HEALTH, LLC,<br><br>                  Defendant. | Civil Action No. 1:17-cv-03237-RLY-DML |

## STIPULATED TOLLING AGREEMENT

Plaintiff Ayodeji Oshikoya ("Plaintiff") and Defendant Leidos Health, LLC ("Defendant" or "Leidos") (together, the "Parties"), through their undersigned counsel, stipulate as follows:

1.    Plaintiff filed this case on August 8, 2017 in the Eastern District of Virginia alleging that Leidos violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") and Pennsylvania state law by failing to pay Plaintiff and other Consultants an overtime premium for hours worked in excess of 40 a week. (Compl.,¶¶ 35-39, ECF No. 1.)

2.    Defendant filed its Answer on September 5, 2017. (ECF No. 24.)

3.    Defendant thereafter moved to transfer this case to the Southern District of Indiana, Indianapolis Division on September 5, 2017. (ECF No. 29.) Plaintiff did not oppose the motion, and this case was transferred to this District from the Eastern District of Virginia on September 11, 2017. (ECF No. 34.)

4.    On November 2, 2017, Plaintiff filed her Motion for Conditional Certification and to Facilitate Notice Pursuant to 29 U.S.C. § 216(b) ("Notice Motion") seeking to conditionally certify and send notice of this action to the following proposed collective: All individuals who

worked for Leidos providing training and support to Leidos' clients in using electronic recordkeeping systems in the United States during the past three years and were classified as independent contractors ("FLSA Collective" or "Consultants"). (Notice Motion, ECF Nos. 55-56.)

5. On November 6, 2017, Leidos filed a Motion to Stay the Conditional Certification Briefing. (Motion to Stay, ECF No. 60.)

6. The Parties participated in an Initial Pretrial Conference with the Court on November 6, 2017, during which the Court directed the Parties to fully brief Leidos' Motion to Stay.

7. The Parties agreed that Plaintiff's FLSA claims would be tolled during this briefing process.

8. Accordingly, Leidos agrees that, with respect to Plaintiff's collective action claims under the FLSA, the statute of limitations shall be tolled for all FLSA Collective Members (using the definition for FLSA Collective Members set forth in Plaintiff's Notice Motion) during the pendency of Defendant's Motion to Stay—that is, from November 6, 2017 until the Court decides Defendant's Motion to Stay ("Tolling Period").

WHEREFORE, the Parties respectfully request that the Court enter this stipulation as an Order.

Respectfully submitted,

*Jeffrey A. Macey*
Jeffrey A. Macey
MACEY SWANSON LLP
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204
Tel: (317) 637-2345
Fax: (317) 637-2369
jmacey@maceylaw.com

Dated: November 9, 2017

*Christopher E. Humber*
Christopher C. Murray, Ind. Bar No. 26221-49
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Tel: (317) 916-1300
Fax: (317) 916-9076
christopher.murray@ogletree.com

Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

Sarah R. Schalman-Bergen
Eric Lechtzin
Alexandra K. Piazza
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
sschalman-bergen@bm.net
elechtzin@bm.net
apiazza@bm.net

David M. Blanchard
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 929-4313
blanchard@bwlawonline.com

Michael J. Murphy (admitted *pro hac vice*)
Christopher E. Humber (admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH, SMOAK &
 STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 887-0855
Fax: (202) 887-0866
mike.murphy@ogletree.com
chris.humber@ogletree.com

**Approved and So Ordered.**

11/17/17
_____
Date

*Debra McVicker Lynch* (signature)
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

3