# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA
*Oshikoya v. Leidos Health LLC*, Case No. 1:17-cv-03237-RLY-DML

### CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out my work with Leidos Health LLC ("Leidos") in connection with the above-referenced lawsuit.

2. I worked for Leidos in the position of consultant from on or about December 2013 (month, year) to on or about Dcember 2017 (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Harold Lichten and Olena Savytska of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, Massachusetts 02116, Sarah Schalman-Bergen of Berger & Montague, P.C., at 1622 Locust Street, in Philadelphia, Pennsylvania 19103, and David Blanchard of Blanchard & Walker, PLLC (Plaintiffs' Counsel), to represent me for all purposes in this action.

5. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit.

Signature: *Kelley Harrison* (DocuSigned, B1BE34EB7A704DB...)

Date: 1/15/2018 | 3:18 PM EST

Name: Kelley Harrison

Address: [redacted]

Telephone: [redacted]

E-Mail: [redacted]

**COMPLETE AND RETURN TO:**
LICHTEN & LISS-RIORDAN, P.C.
ATTN: Shae Cleary
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com
scleary@llrlaw.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA
*Oshikoya v. Leidos Health LLC*, Case No. 1:17-cv-03237-RLY-DML

CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out my work with Leidos Health LLC ("Leidos") in connection with the above-referenced lawsuit.

2. I worked for Leidos in the position of consultant from on or about 02/2014 (month, year) to on or about 08/2015 (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Harold Lichten and Olena Savytska of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, Massachusetts 02116, Sarah Schalman-Bergen of Berger & Montague, P.C., at 1622 Locust Street, in Philadelphia, Pennsylvania 19103, and David Blanchard of Blanchard & Walker, PLLC (Plaintiffs' Counsel), to represent me for all purposes in this action.

5. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit.

Signature: *[signature]*

Date: 1/16/2018 | 11:53 AM PST

Name: Lannetta abrams

Address: [redacted]

Telephone: [redacted]

E-Mail: [redacted]

COMPLETE AND RETURN TO:
LICHTEN & LISS-RIORDAN, P.C.
ATTN: Shae Cleary
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com
scleary@llrlaw.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA
*Oshikoya v. Leidos Health LLC*, Case No. 1:17-cv-03237-RLY-DML

### CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out my work with Leidos Health LLC ("Leidos") in connection with the above-referenced lawsuit.

2. I worked for Leidos in the position of consultant from on or about 05/2013 (month, year) to on or about 12/2017 (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Harold Lichten and Olena Savytska of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, Massachusetts 02116, Sarah Schalman-Bergen of Berger & Montague, P.C., at 1622 Locust Street, in Philadelphia, Pennsylvania 19103, and David Blanchard of Blanchard & Walker, PLLC (Plaintiffs' Counsel), to represent me for all purposes in this action.

5. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit.

Signature: *[signature]*

Date: 12/26/2017 | 11:47 AM EST

Name: Len Jackson

Address: ████

Telephone: ████

E-Mail: ████

**COMPLETE AND RETURN TO:**
LICHTEN & LISS-RIORDAN, P.C.
ATTN: Shae Cleary
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com
scleary@llrlaw.com

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA
*Oshikoya v. Leidos Health LLC*, Case No. 1:17-cv-03237-RLY-DML

### CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out my work with Leidos Health LLC ("Leidos") in connection with the above-referenced lawsuit.

2. I worked for Leidos in the position of consultant from on or about 1/2015 (month, year) to on or about 12/2017 (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Harold Lichten and Olena Savytska of Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, Massachusetts 02116, Sarah Schalman-Bergen of Berger & Montague, P.C., at 1622 Locust Street, in Philadelphia, Pennsylvania 19103, and David Blanchard of Blanchard & Walker, PLLC (Plaintiffs' Counsel), to represent me for all purposes in this action.

5. I also designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs and all other matters pertaining to this lawsuit.

Signature: *Samuel Walters*

Date: 1/15/2018 | 1:22 PM EST

Name: Samuel Walters

Address: ███

Telephone: ███

E-Mail: ███

**COMPLETE AND RETURN TO:**
LICHTEN & LISS-RIORDAN, P.C.
ATTN: Shae Cleary
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com
scleary@llrlaw.com