IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AYODEJI OSHIKOYA and KEVIA WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LEIDOS HEALTH, LLC,<br><br>    Defendant. | No. 1:17-cv-03237-RLM-DLP |

**STATUS REPORT AND
<u>STIPULATION FOR EXTENSION OF STAY AND TOLLING</u>**

Plaintiffs Ayodeji Oshikoya and Kevia Wilson ("Plaintiffs") and Defendant Leidos Health, LLC ("Defendant" or "Leidos") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1. On December 18, 2017, Plaintiffs filed a First Amended Class and Collective Action Complaint. (Doc. 82.)

2. On January 3, 2018, Defendant filed its Answer to Plaintiffs' Amended Complaint. (Doc. 87.)

3. On June 15, 2018, the Court stayed this action while the Parties participated in an alternative dispute resolution ("ADR") process, including a full day of in-person mediation before an experienced mediator, Carol Katz, Esq., in Philadelphia, Pennsylvania, on July 3, 2018. (Doc. 109.)

4. While the Parties did not resolve this case at the first day of mediation, the Parties made substantial progress toward doing so and have agreed to participate in a second in-person mediation session before experienced mediator, Anne Marie Estevez, Esq., in Philadelphia,

1

Pennsylvania. The Parties are in the process of scheduling the mediation during the month of October.

5. To allow the Parties time to focus on this process and to promote judicial economy, the Parties respectfully request a continuation of the stay of these proceedings to until October 31, 2018 (the "Stay Period").

6. The Parties further agree that during the Stay Period and until a further order of the Court, the statute of limitations shall continue to be tolled from November 9, 2017 (Doc. 68) for Plaintiffs and all Class Members on their FLSA and state law wage and hour claims.

7. On or before October 31, 2018, the Parties will submit a joint status report apprising the Court as to the status of the settlement discussions and the outcome of the mediation process.

WHEREFORE, the Parties respectfully request that the Court enter this stipulation as an Order.

Dated: August 27, 2018                                              Respectfully submitted,

/s Shanon J. Carson
Shanon J. Carson*
Sarah R. Schalman-Bergen*
Alexandra K. Piazza*
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

Harold Lichten*
Olena Savytska*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

/s Christopher E. Humber
Michael J. Murphy*
Christopher E. Humber*
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
mike.murphy@ogletree.com
chris.humber@ogletree.com

Christopher C. Murray, Ind. 26221-49
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Tel: (317) 916-1300
christopher.murray@ogletree.com

*Admitted *pro hac vice*.

David M. Blanchard *Attorneys for Defendant*
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 929-4313
blanchard@bwlawonline.com

Jeffrey A. Macey
MACEY SWANSON & ALLMAN
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204
Tel: (317) 637-2345
jmacey@maceylaw.com

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs*

**It is so ORDERED**, this _____ day of \_\_\_, 2018.

_____
HONORABLE DORIS L. PRYOR
UNITED STATES MAGISTRATE JUDGE