## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AYODEJI OSHIKOYA AND<br>KEVIA WILSON, individually and on<br>behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>LEIDOS HEALTH, LLC,<br>                  Defendant. | Civil Action No. 1:17-cv-03237-RLM-DM |

## PLAINITFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiffs Ayodeji Oshikoya and Kevia Wilson ("Plaintiffs"), through their undersigned counsel, respectfully move this Court for an Order:

1. Granting preliminary approval of the Parties' Settlement Agreement as fair, reasonable, and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. Preliminarily certifying the following Settlement Class pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b) for the purposes of settlement:

> All individuals who, personally or through a corporation or other business entity owned in whole or in part by the Consultant, contracted directly with Leidos Health, LLC to perform go-live consulting work for customers of Leidos Health, LLC; who worked more than forty (40) hours in at least one workweek while performing such work between August 8, 2014 and October 31, 2018, and who were classified by Leidos Health, LLC as an independent contractor while performing such work.

3. Preliminarily approving Plaintiffs Ayodeji Oshikoya and Kevia Wilson as the Representatives of the Settlement Class;

4. Preliminarily approving Berger Montague PC, Lichten & Liss-Riordan, P.C., and

Blanchard & Walker PLLC as Class Counsel for the Settlement Class;

5. Approving the Settlement Notice, a copy of which is attached to the Settlement Agreement as Exhibit A; and

6. Approving the proposed schedule and procedure for the final approval of the Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law; the Declarations of Harold L. Lichten and Sarah R. Schalman-Bergen; and all other records, pleadings, and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: January 3, 2019

Respectfully Submitted,

/s/Olena Savytska
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

David M. Blanchard
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 929-4313
blanchard@bwlawonline.com

Jeffrey A. Macey
MACEY SWANSON LLP
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204
Tel: (317) 637-2345
Fax: (317) 637-2369
jmacey@maceylaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I, Olena Savytska, hereby certify that on this 3rd day of January, 2019, I filed the foregoing document with this Court using the CM/ECF. This system sends notifications of such filing and service to all counsel of record.

/s/Olena Savytska
Olena Savytska