UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AYODEJI OSHIKOYA AND KEVIA WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEIDOS HEALTH, LLC,<br>Defendant. | Civil Action No. 1:17-cv-03237-RLM-DM |

**PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs Ayodeji Oshikoya and Kevia Wilson (together, "Plaintiffs") hereby respectfully request that the Court enter an order granting final certification of the Settlement Class pursuant to Rule 23 and final approval of this class and collective action settlement. As set out in the accompanying Memorandum of Law and the declarations of Harold Lichten, Sarah Schalman-Bergen and David Blanchard, the settlement reached by the Parties is fair and reasonable, and offers substantial advantages over continued litigation of this case.

This Settlement is an excellent outcome, with the Gross Settlement Amount representing approximately 70% of the Settlement Class Members' overtime wages. Tellingly, 962 of the 1078 Settlement Class Members have submitted claim forms in this settlement. The average settlement award in this case is in excess of $4,000 and more than 100 settlement class members will be receiving awards in excess of 10,000.

For these reasons, as set out further in the accompanying Memorandum of Law, the Court should grant final approval of the settlement agreement and final certification of the Settlement Class, approve attorneys' fees in the amount of one-third of the Gross Settlement Amount, and

approve service awards of $10,000.00 each to Plaintiffs Oshikoya and Wilson.

Dated: July 2, 2019                          Respectfully Submitted,

/s/Olena Savytska\_\_\_\_
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

David M. Blanchard
BLANCHARD & WALKER, PLLC
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (734) 929-4313
blanchard@bwlawonline.com

Jeffrey A. Macey
MACEY SWANSON LLP
445 North Pennsylvania Street, Suite 401
Indianapolis, IN 46204
Tel: (317) 637-2345
Fax: (317) 637-2369
jmacey@maceylaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

  I, Olena Savytska, hereby certify that on this 2nd day of July, 2019, I filed the foregoing document with this Court using the CM/ECF. This system sends notifications of such filing and service to all counsel of record.

                /s/Olena Savytska
                Olena Savytska