UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISON

| | | |
|---|---|---|
| AYODEJI OSHIKOYA AND<br>KEVIA WILSON, individually and on<br>behalf of all others similarly situated, | )<br>)<br>)<br>) | |
| Plaintiffs | )<br>) | Civil Action No. 1:17-cv-3237 RLM-DM |
| v. | )<br>) | |
| LEIDOS HEALTH, LLC,<br>Defendant | )<br>)<br>) | |

**ORDER GRANTING PLAINTIFFS'**
**UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS**

The Court, having reviewed Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs, GRANTS the motion [Doc. No. 141] and ORDERS as follows:

Class Counsel's attorneys' fees are approved in the amount of $2,033,333.33, which is one-third of the Gross Settlement Amount set forth in the Parties' Settlement Agreement. This is a fair and reasonable amount to compensate Class Counsel for all work performed in this litigation and is inclusive of costs incurred by Class Counsel in connection with this case.

SO ORDERED.

ENTERED:  July 10, 2019

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

Distribution:

All electronically registered counsel of record via CM/ECF